IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Mohammed Jameel Shaikh | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 6:17-CV-367-ORL-40TBS |
| Hussam Reziqa | * | |
| et al. | * | |
| | * | |
| Defendants | * | |

## PLAINTIFFS NOTICE OF SERVING ANSWER TO DEFENDANTS' NOTICE OF SERVING FIRST SET OF INTERROGATORIES

### INTERROGATORIES

COMES NOW Plaintiff and pursuant to Rule 33 of the Federal Rules of Civil Procedure, hereby gives notice of the Serving of the ANSWER to the "Defendants' Notice Of Serving First Set Of Interrogatories". On Wednesday October 25th 2017 (By mutual agreement date for serving was extended).

_____
MOHAMMED JAMEEL SHAIKH
525 Bellevue Ave, Daytona Beach
Florida, Zip: 32114
Email:Jameelshaikh688@yahoo.com
(386)473-8933

### Certificate of Service
I Hereby certify that a true and correct copy of the foregoing has been furnished by hand delivery to the attorney of record Mr Tark Richard Aouadi, Esq. at 283 Cranes Roost Boulivard suite 111, Altamonte Springs FL 32701